# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

CLIFFORD STUBBS,

    Petitioner,

v.

STATE OF NEVADA,

    Respondent.

Case No. 2:25-cv-01738-RFB-BNW

**SCREENING ORDER**

    Petitioner Clifford Stubbs has submitted two documents to the court. One, which is titled "Affidavit of Clifford Stubbs," appears to challenge his current incarceration at Nevada's Southern Desert Correctional Center on the ground that the State of Nevada was created unlawfully and/or that Clark County is not legally part of Nevada. See ECF No. 1-1. The other, titled "Motion for Preliminary Injunction," asks that his case be assigned to the Northern Division of this Court based on similar grounds. See ECF No. 2. Setting aside whether they are frivolous, these filings are not accompanied by a formal pleading. Because he appears to be challenging his custody, Stubbs's avenue for relief in this Court would be a petition for a writ of habeas corpus under 28 U.S.C. § 2254. A petition for a writ of habeas corpus that is filed by a person who is not represented by an attorney must be submitted via the form provided by this Court. See LSR 3-1 (Local Rules of Practice for the United States District Court for the District of Nevada).

    In addition, Stubbs has neither paid the filing fee for a habeas proceeding ($5.00) nor filed an application to proceed *in forma pauperis*. See LSR 1-1. If he wishes to proceed *in forma pauperis*, Stubbs must attach both an inmate account statement for the past six months and a properly executed financial certificate to his application. See 28 U.S.C. § 1915(a)(2); LSR 1-2.

    Thus, the present action will be dismissed without prejudice to allow Stubbs to comply

1  with the foregoing requirements.

2  Therefore, **IT IS HEREBY ORDERED** that this action shall be **DISMISSED** without
3  prejudice. If Stubbs wishes to pursue habeas relief in this Court, he must initiate a **new** action by
4  submitting a habeas petition on the formed supplied by the Court together with either the filing fee
5  ($5.00) or an application to proceed *in forma pauperis* that includes an inmate account statement
6  for the past six months and a properly executed financial certificate.

7  **IT IS FURTHER ORDERED** that the Clerk shall send Petitioner two copies of an
8  application form to proceed *in forma pauperis* for incarcerated persons, two copies of a noncapital
9  § 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers
10 that he submitted in this action.

11 **IT IS FURTHER ORDERED** that Petitioner's Motion for Preliminary Injunction (ECF
12 No. 2) is **DENIED** as moot.

13 The Clerk of Court is instructed to close this case.

15 **DATED:** November 26, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**